Lawrence H. Meuers (SBN 197663)
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: 239.513.9191
Facsimile: 239.513.9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADA MARKETING GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACCESS FRESH, LLC, et al.,<br><br>　　　　Defendant. | Case No. 15-cv-05936-RMW<br><br>[PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE ADR PHONE CONFERENCE, CASE MANAGEMENT CONFERENCE, AND CASE MANAGEMENT DEADLINES |

**THIS CAUSE** came on before the Court on the Notice of Settlement and Request to Continue ADR Phone Conference, Case Management Conference, and Case Management Deadlines. Having reviewed the notice, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The ADR Phone Conference scheduled for April 21, 2016, at 10:30 a.m. is continued. The ADR Program Manager is directed to reschedule the ADR conference for a date no less than 30 days from the date of this order.

2. The Initial Case Management Conference scheduled for April 22, 2016, at 10:30 a.m. is continued to June 10, 2016 at 10:30 a.m. Counsel for Plaintiff and Defendant

Daniel J. Lord may appear telephonically, through Court Call, at the Case Management Conference, although this order does not preclude appearing in person for the conference. Each counsel shall make its own necessary arrangements with Court Call, for telephonic appearance at the Case Management Conference.

    3.    Upon execution of the settlement documents, Plaintiff is directed to immediately file a dismissal of this action. If settlement is not finalized, the parties are ordered to appear at the Case Management Conference stated above.

**IT IS SO ORDERED.**

Dated this 15 day of April, 2016.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER ON NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE ADR PHONE CONFERENCE, CASE MANAGEMENT CONFERENCE, AND CASE MANAGEMENT DEADLINES

Page 2